**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 178 MAL 2021

           Respondent                 :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

           v.                     :

                                    :

STEVEN HOLMES,                   :

           Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.